David Terry KIDD, Jr., Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.

No. 01–8064.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 25, 2002.

David Terry Kidd, Jr., Appellant Pro Se. Hazel Elizabeth Shaffer, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

David Terry Kidd, Jr., appeals the district court's orders: (1) denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) and entering judgment in favor of the Respondent; and (2) denying various post-judgment motions for reconsideration. We have reviewed the record, the district court's opinion accepting the recommendation of the magistrate judge, and the order denying the post-judgment motions, and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Kidd v. Angelone*, No. CA–01–210–2 (E.D. Va. Nov. 2, 2001; Jan. 2, 2002). We deny Kidd's motion to authorize preparation of transcripts at the Government's expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*